Max Harnick v. S. M. Hirsch & Co., Inc., Avrum Realty Corporation and Others.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Judicial Settlement of the Accounts of Eva H. Fantl, as Temporary Administratrix and as Executrix of the Estate and of the Last Will and Testament of Alfred Fantl, Deceased.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Peikin, Inc., v. Trabert & Hoeffer, Inc.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

Kathleen Gilrane v. 274-276 Madison Avenue Corporation and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Augustus M. Powers v. Firemen's Fund Insurance Company and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Greater New York Export House, Inc., v. Arthur L. Pierson and Others. Charles I. Frank, Individually and as Trustee, etc., and Others.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

B. Spiliadis & Co., Inc., v. Irving Trust Company.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.